No. 05–5682. DUARTE-BENITEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5688. WELKER v. RUSSO, JUDGE, COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY. Sup. Ct. Ohio. Certiorari denied.

No. 05–5690. RILEY v. SANDOVAL, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–5692. MEADOR v. SWEATT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–5693. MOHAMMED-BLAIZE, AKA BLAIZE v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5695. OLIVER v. OKLAHOMA ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–5696. BURGESS v. SCOFIELD, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 05–5698. BENNETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5699. BUSH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5700. BIROTTE v. GONZALES, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 05–5701. SVEUM v. SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–5714. DOCKERY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5715. COOPER-SMITH v. BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 05–5716. CARCHIDI v. KENMORE DEVELOPMENT. C. A. 2d Cir. Certiorari denied.